UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Nationwide Tarps., Inc.,

      vs.                          Civil No. 5:04-CV-1188

Midwest Canvas Corp.

---

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action is settled via letter dated July 5, 2005 from Attorney Elizabeth Genung. Therefore, it is not necessary that this action remain upon the calendar of the Court.

**IT IS ORDERED** that the above entitled action is hereby dismissed with prejudice in accordance with the terms of settlement. The Court retains complete jurisdiction to vacate this Order and to reopen the action should it be deemed that further litigation is necessary.

**IT IS FURTHER ORDERED** that the Clerk shall forthwith serve copies of this Judgment by electronic mail upon the attorneys for the parties appearing in this action.

Dated this 14th, day of July, 2005 at Utica, New York.

---
United States District Judge